In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00524-CR
_____

PHILIP COCKERHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 11-01-00111 CR

**MEMORANDUM OPINION**

On November 10, 2013, the trial court sentenced Philip Cockerham on a conviction for driving while intoxicated. Cockerham filed a notice of appeal on November 7, 2013. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On November 20, 2013, we notified the parties that we would dismiss the appeal unless the appellant established that the certification is incorrect. The

1

appellant filed a response but failed to establish that the trial court's certification should be amended. Because the record does not contain a certification that shows the defendant has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered December 18, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.